**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-2254**

MONTGOMERY CARL AKERS,

Plaintiff - Appellant,

v.

JAMIE CONOVER; GUY PAGLI; JODI WAMBLER; KATHERINE N. SIEREVELD; KATHY S. HILL; N. SIMPKINS; APRYL CRUIT; HENRY RIVAS; MILTON NEUMANN; GARY BURGESS,

Defendants - Appellees.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, District Judge.  (3:22-cv-00109-GMG-RWT)

Submitted:  April 25, 2023                          Decided:  April 27, 2023

Before GREGORY, Chief Judge, THACKER, Circuit Judge, and MOTZ, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Montgomery Carl Akers, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Montgomery Carl Akers appeals the district court's orders dismissing Akers' civil complaint without prejudice for failure to prosecute, denying his motions for a preliminary injunction, and denying his motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Akers v. Conover*, No. 3:22-cv-00109-GMG-RWT (N.D. W. Va. Sept. 19, 2022; Oct. 13, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*